1  Kristin L. Holland (CA 187314)
   kristin.holland@kattenlaw.com
2  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East
3  Suite 2600
   Los Angeles, California 90067-3012
4  Telephone:   310.788.4400
   Facsimile:   310.788.4471
5
   Michael A. Dorfman (*Admitted Pro Hac Vice*)
6  michael.dorfman@kattenlaw.com
   KATTEN MUCHIN ROSENMAN LLP
7  525 West Monroe Street
   Chicago, Illinois 60661
8  Telephone:   312.902.5200
   Facsimile:   312.902.1061
9
   *Attorneys for Plaintiff Tobii Technology AB*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOBII TECHNOLOGY AB, | Case No. 4:13-cv-05877-SBA |
| Plaintiff, | **ORDER GRANTING PLAINTIFF TOBII TECHNOLOGY AB'S APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE EYE TRIBE APS, | |
| Defendant. | **[Civil Local Rule 7-11 and 16-2(d)]** |
| | Date Action Filed: December 18, 2013 |
| | Judge Saundra B. Armstrong |

1

[~~PROPOSED~~] ORDER ON APPLICATION OF CONTINUANCE

The Court has considered Plaintiff Tobii Technology AB's Application for Continuance of Case Management Conference. Good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

The **April 23, 2014** case management conference is **CONTINUED to August 20, 2014 at 2:45 p.m**. A case management statement shall be filed by August 13, 2014.

**IT IS SO ORDERED.**

Dated:  4/2/2014

_Saundra B. Armstrong_
Honorable Saundra B. Armstrong
Judge of the District Court
Northern District of California