1  VEDDER PRICE (CA), LLP
   Heather M. Sager, Bar No. 186566
2  hsager@vedderprice.com
   275 Battery Street, Suite 2464
3  San Francisco, California  94111
   Telephone: (415) 749-9500
4  Facsimile:  (415) 749-9502

5  Attorney for Defendant
   THE EYE TRIBE APS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TOBII TECHNOLOGY AB, | Case No. 4:13-cv-05877 |
|---|---|
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING DEFENDANT THE EYE TRIBE APS'S MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| THE EYE TRIBE APS, | **[Civil Local Rule 6-3]** |
| Defendant. | |

The Court has considered Defendant The Eye Tribe APS ("The Eye Tribe") Motion to Enlarge Time to Answer or Otherwise Plead to the Complaint of Plaintiff Tobii Technology AB ("Tobii") pursuant to Northern District of California Local Rule 6-3.  Good cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

(1) The Eye Tribe's Motion to Enlarge Time to Answer or Otherwise Plead is granted; and

(2) The Eye Tribe's deadline to respond to Tobii's Complaint is hereby enlarged twenty-eight (28) days up to and including June 30, 2014.

**IT IS SO ORDERED.**

Dated:  _____6/4/2014_____          _____
                                    Honorable Saundra B. Armstrong
                                    Judge of the District Court
                                    Northern District of California