1  Soyoung Jung (SBN 241003)
   KATTEN MUCHIN ROSENMAN LLP
2  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067
3  Telephone:  310.788.4400
   Facsimile:  310.712.4471
4  Email:      soyoung.jung@kattenlaw.com

5  Michael Dorfman (*pro hac vice*)
   KATTEN MUCHIN ROSENMAN LLP
6  525 W. Monroe Street
   Chicago, IL 60661-3693
7  Telephone:  312.902.5658
   Facsimile:  312.902.1061
8  Email:      michael.dorfman@kattenlaw.com

9  Attorneys for Plaintiff
   TOBII TECHNOLOGY AB

10

11          **UNITED STATES DISTRICT COURT**

12         **NORTHERN DISTRICT OF CALIFORNIA**

13                **OAKLAND DIVISION**

14
   TOBII TECHNOLOGY AB,
15
                                          Case No.:  4:13-cv-05877-SBA
16                  Plaintiff,
             v.
17                                        **ORDER EXTENDING TIME TO
                                          RESPOND TO DEFENDANT'S
18 THE EYE TRIBE APS,                     ANSWER TO COMPLAINT FOR
                                          PATENT INFRINGEMENT AND
19                  Defendant.            COUNTERCLAIMS**

20

21

22

23

24

25

26

27
                                   1
28  [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S ANSWER
        TO COMPLAINT FOR PATENT INFRINGEMENT AND COUNTERCLAIMS

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1

# ORDER

2

3          This matter having been brought before the Court pursuant to Plaintiff Tobii

4   Technology AB and Defendant The Eye Tribe APS's Stipulation and [Proposed]

5   Order Extending Time to Respond to Defendant's Answer to Complaint for Patent

6   Infringement and Counterclaims, it is hereby ORDERED that Plaintiff's time to

7   respond to same is extended through July 22, 2014.

8

9   PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11  Dated:  7/21/2014

12

13  _____

14          Hon. Saundra Brown Armstrong
            United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27
                                         2
28  [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S ANSWER
            TO COMPLAINT FOR PATENT INFRINGEMENT AND COUNTERCLAIMS

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax