Vedder Price (CA), LLP
Heather M. Sager, Bar No. 186566
hsager@vedderprice.com
275 Battery Street
Suite 2464
San Francisco, California  94111
T:  +1 (312) 609-7500
F:  +1 (415) 609-5005

Attorneys for Defendant
THE EYE TRIBE APS


Soyoung Jung (SBN 241003)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, California  90067-3012
Telephone:     310.788.4400
Facsimile:      310.788.4471
Email: soyoung.jung@kattenlaw.com

Attorney for Plaintiff
TOBII TECHNOLOGY AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE EYE TRIBE APS,<br><br>　　　　　　Defendant. | Case No. 4:13-cv-05877 SBA<br><br>**[PROPOSED] ORDER REGARDING ADR PROCESS** |

　　　　The Joint Stipulation Regarding ADR Process filed concurrently herewith is approved and all parties shall comply with its provisions.  [In addition, the Court makes the further orders stated below:]

1
2     **IT IS SO ORDERED.**
3
4     Dated: _12/12/2014_                         _Saundra B. Armstrong_
5                                                 HON. SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE