Vedder Price (CA), LLP
Heather M. Sager, Bar No. 186566
hsager@vedderprice.com
275 Battery Street
Suite 2464
San Francisco, California 94111
T: +1 (312) 609-7500
F: +1 (415) 609-5005

Attorneys for Defendant
THE EYE TRIBE APS


Soyoung Jung (SBN 241003)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Email: soyoung.jung@kattenlaw.com

Attorney for Plaintiff
TOBII TECHNOLOGY AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE EYE TRIBE APS,<br><br>　　　　　Defendant. | Case No. 4:13-cv-05877 SBA<br><br>**[PROPOSED] ORDER REGARDING ADR PROCESS** |

　　　　The Joint Stipulation Regarding ADR Process filed concurrently herewith is approved and all parties shall comply with its provisions.

1
2  **IT IS SO ORDERED.**
3
4  Dated: ___12/12/2014___                    _/s/ Saundra B. Armstrong_____
5                                             HON. SAUNDRA BROWN ARMSTRONG
                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28