| | |
|---|---|
| 1 | Vedder Price (CA), LLP |
| | Heather M. Sager, Bar No. 186566 |
| 2 | hsager@vedderprice.com |
| | 275 Battery Street |
| 3 | Suite 2464 |
| | San Francisco, California  94111 |
| 4 | T:  +1 (312) 609-7500 |
| | F:  +1 (415) 609-5005 |
| 5 | |
| | Attorneys for Defendant |
| 6 | THE EYE TRIBE APS |

Soyoung Jung (SBN 241003)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, California  90067-3012
Telephone:    310.788.4400
Facsimile:    310.788.4471
Email:  soyoung.jung@kattenlaw.com

Attorney for Plaintiff
TOBII TECHNOLOGY AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TOBII TECHNOLOGY AB, | Case No. 4:13-cv-05877 SBA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING ADR PROCESS** |
| v. | |
| THE EYE TRIBE APS, | |
| Defendant. | |

1  The Joint Stipulation Regarding ADR Process filed concurrently herewith is approved and
2  all parties shall comply with its provisions.
3  **IT IS SO ORDERED.**
4  Dated: 1/30/2015

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE