1 | Soyoung Jung (SBN 241003)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:   310.788.4400
Facsimile:    310.712.4471
Email: soyoung.jung@kattenlaw.com

Michael Dorfman (*pro hac vice*)
Dennis C. Lee (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone:   312.902.5200
Facsimile:    312.902.1061
Email: michael.dorfman@kattenlaw.com
Email: dennis.lee@kattenlaw.com

Attorneys for Plaintiff
TOBII TECHNOLOGY AB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>THE EYE TRIBE APS,<br><br>　　　　　　　Defendant. | Case No.:  4:13-cv-05877-SBA<br><br>**ORDER REGARDING AMENDMENT TO JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

The Joint Stipulation to Amend the Joint Claim Construction and Prehearing Statement is approved.

1

[PROPOSED] ORDER REGARDING AMENDMENT TO JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT [CASE NO. 4:13-CV-05877 SBA]

IT IS SO ORDERED.

Dated: February 9, 2015

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE