UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>      Plaintiff,<br><br>   vs.<br><br>THE EYE TRIBE APS,<br><br>      Defendant. | Case No: C 13-5877 SBA<br><br>**ORDER VACATING CLAIM CONSTRUCTION HEARING** |

The claim construction hearing scheduled for August 27, 2015 is VACATED. The parties shall appear for a telephonic Case Management Conference on **September 2, 2015, at 2:30 p.m.** for the purpose of rescheduling the hearing. At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

   IT IS SO ORDERED.

Dated: 8/19/15

SAUNDRA BROWN ARMSTRONG
United States District Judge