VEDDER PRICE (CA), LLP
Heather M. Sager, Bar No. 186566
hsager@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T:  +1 (415) 749 9500
F:  +1 (415) 749 9502

VEDDER PRICE P.C.
Mark A. Dalla Valle, Bar No. 143414
mdallavalle@vedderprice.com
Michael J. Waters (*pro hac vice*)
mwaters@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 (312) 609 7500
F:  +1 (312) 609 5005

Attorneys for Defendant
THE EYE TRIBE APS

KATTEN MUCHIN ROSENMAN LLP
Yonaton M. Rosenzweig, Bar No. 248137
yoni.rosenzweig@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, California 90067
T:  +1 (310) 788-4400
F:  +1 (310) 788-4471

Attorneys for Plaintiff
TOBII TECHNOLOGY AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>             Plaintiff,<br><br>   v.<br><br>THE EYE TRIBE APS,<br><br>             Defendant. | Case No. 4:13-CV-05877<br><br>**[PROPOSED] ORDER CONTINUING CLAIMS CONSTRUCTION HEARING** |

Based on the Parties' Stipulation, the Court hereby orders that:

1. The Claims Construction Hearing is SCHEDULED for November 19, 2015 at 10:00 a.m.

2. Exhibits and visual aids for the Claims Construction Hearing shall be submitted three (3) days before the rescheduled Claims Construction Hearing.

IT IS SO ORDERED.

Dated: September 10, 2015          By: *Saundra B. Armstrong*
                                        UNITED STATES DISTRICT JUDGE
                                        SAUNDRA BROWN ARMSTRONG