Yonaton Rosenzweig (SBN 248137)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, California  90067-3012
Telephone:	310.788.4400
Facsimile:	310.788.4471
Email:	yoni.rosenzweig@kattenlaw.com

Attorney for Plaintiff
TOBII TECHNOLOGY AB

Vedder Price (CA), LLP
Mark A. Dalla Valle, Bar No. 143414
mdallavalle@vedderprice.com
275 Battery Street
Suite 2464
San Francisco, California 94111
T: +1 (312) 609-7500
F: +1 (415) 609-5005

Attorney for Defendant
THE EYE TRIBE APS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOBII TECHNOLOGY AB, | ) Case No. 4:13-CV-05877 SBA |
| Plaintiff, | ) **[PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | ) |
| THE EYE TRIBE APS, | ) |
| Defendant. | ) |

The STIPULATION AND PROPOSED ORDER REGARDING SETTLEMENT CONFERENCE filed concurrently herewith is approved and granted.  The above-captioned action shall be referred to Magistrate Judge Paul Singh Grewal for purposes of the settlement conference only.  Such conference shall be held within 90 days of the entry of this Order.

[In addition, the Court makes the further orders stated below:]

1  IT IS SO ORDERED.

4  DATED: March 2, 2016  _____
5  HON. SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT JUDGE