VEDDER PRICE (CA), LLP
Heather M. Sager
hsager@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

VEDDER PRICE P.C.
Mark A. Dalla Valle, Bar No. 143414
mdallavalle@vedderprice.com
Michael J. Waters (admitted *pro hac vice*)
mwaters@vedderprice.com
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: +1 (312) 609-7500
F: +1 (415) 609-5005

Attorneys for Defendant
THE EYE TRIBE APS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>           Plaintiff,<br><br>    v.<br><br>THE EYE TRIBE APS,<br><br>           Defendant. | Case No. 4:13-cv-05877 SBA<br><br>**STIPULATED REQUEST FOR ORDER CHANGING SETTLEMENT CONFERENCE DEADLINE** |

     Plaintiff Tobii Technology Ab and Defendant The Eye Tribe Aps (collectively, "the Parties") by and through their counsel jointly request the Court for an order changing the established mandatory settlement conference deadline from May 31, 2016 to June 10, 2016 in the above-captioned case. In support, the Parties state as follows:

     1.     On March 2, 2016, the Court referred the case to Magistrate Judge Paul Singh Grewal for a settlement conference to take place within 90 days of referral, or by May 31, 2016. (ECF No. 96.)

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. REQUEST TO EXTEND
SETTLEMENT CONFERENCE DEADLINE
[CASE NO.: 4:13-CV-05877 SBA]

1      2.      The Parties worked diligently to schedule a settlement conference before Magistrate Judge Grewal by the May 31, 2016 deadline.  However, because both Parties' representatives are located out of the country and due to scheduling conflicts of all involved, the Parties were not able to schedule the settlement conference with Magistrate Judge Grewal until June 10, 2016.

      3.      Therefore, the Parties hereby request amendment of the settlement conference deadline from May 31, 2016 to June 10, 2016 in order to allow them to engage in the settlement conference without violating the Court's Order.

      4.      The requested change is not made for the purpose of delay, but instead is sought to comply with the Court's Order to engage in a settlement conference at the earliest date possible.

      5.      No previous requests for extensions of the Alternative Dispute Resolution deadlines have been made in this case.

Dated: May 3, 2016

VEDDER PRICE PC

By: /s/ Mark A. Dalla Valle_____

Mark A. Dalla Valle
mdallavalle@vedderprice.com
Michael J. Waters
mwaters@vedderprice.com

222 North LaSalle Street
Chicago, IL 60601
T: +1 (312) 609-7500
F: +1 (312) 609-5005
Attorneys for Defendant

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP. REQUEST TO EXTEND
SETTLEMENT CONFERENCE DEADLINE
[CASE NO.: 4:13-CV-05877 SBA]

# [~~PROPOSED~~] ORDER

Before the Court is the Parties' Stipulated Request for Order Changing Settlement Conference Deadline from May 31, 2016 to June 10, 2016.  Upon review of the Request, and for good cause shown, the Court GRANTS the Request.  The new deadline for mandatory settlement conference is June 10, 2016.

**IT IS SO ORDERED this** 4th **day of** May **, 2016**

By: *Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIP. REQUEST TO EXTEND
SETTLEMENT CONFERENCE DEADLINE
[CASE NO.: 4:13-CV-05877 SBA]