UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE EYE TRIBE APS,<br><br>    Defendant. | Case No: C 13-5877 SBA<br><br>**ORDER OF REFERENCE** |

Due to Magistrate Judge Paul Grewal's unavailability, the prior referral to Magistrate Judge Grewal for a mandatory settlement conference is VACATED. The matter is hereby RE-REFERRED to Magistrate Judge Jacqueline Corley for a mandatory settlement conference to take place within 90 days of the entry of this Order.

IT IS SO ORDERED.

Dated: 3/16/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge