UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBII TECHNOLOGY AB,<br><br>        Plaintiff,<br><br>    v.<br><br>THE EYE TRIBE APS,<br><br>        Defendant. | Case No. 13-cv-05877-SBA   (JSC)<br><br>**FURTHER ORDER REGARDING SETTLEMENT CONFERENCE** |

        This matter is scheduled for an in-person settlement conference on June 10, 2016 at 9:30 a.m. As was discussed during the Telephone Settlement Conference on May 24, 2016, the parties shall meet and confer by today, May 24, regarding the financial information Plaintiff requires to make a meaningful settlement demand. On or before June 1, 2016, Defendant shall provide that information to Plaintiff, subject to whatever confidentiality protections are appropriate. On or before June 6, 2016, Plaintiff shall provide Defendant with a written settlement demand that explains the basis and reasoning of the demand.

        The parties shall submit their Settlement Conference Statements in accordance with the Court's May 17, 2016 order on or before June 8, 2016. Counsel shall appear at the Settlement Conference as discussed in the May 24 Telephone Conference.

**IT IS SO ORDERED.**

Dated: May 24, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge