UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBII TECHNOLOGY AB, | Case No. 4:13-CV-05877-SBA |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| THE EYE TRIBE APS, | |
| Defendant. | |

On this day, Plaintiff Tobii Technology AB ("Tobii") and Defendant and Counter-Plaintiff The Eye Tribe APS ("TET") announced to the Court that they have resolved Tobii's claims for relief against TET asserted in the case and TET's counterclaims for relief against Tobii asserted in this case. Tobii and TET have therefore requested that the Court dismiss Tobii's claims for relief against TET with prejudice and TET's counterclaims for relief against Tobii with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Tobii's claims for relief against TET are dismissed with prejudice and TET's counterclaims for relief against Tobii are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: September 30, 2016    By: *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
SENIOR DISTRICT JUDGE